IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENNETH MARTINEZ,

       Appellant,

v.

                                         Case No.  5D23-1648
                                         LT Case No. 2018-CF-1625-A

STATE OF FLORIDA,

       Appellee.
_____/

Opinion filed June 23, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
Donna L. McIntosh, Judge.

Kenneth Martinez, Bushnell, pro se.

No Appearance for Appellee.

PER CURIAM.

AFFIRMED.  *See Jenkins v. State*, 824 So. 2d 977, 982 (Fla. 4th DCA 2002) ("Because a defendant must demonstrate prejudice in a [Florida Rule of Criminal Procedure] 3.850 proceeding, post-conviction relief based on a lawyer's incompetence with regard to the composition of the jury is reserved

for a narrow class of cases where prejudice is apparent from the record, where a biased juror actually served on the jury.").

LAMBERT, C.J., SOUD and BOATWRIGHT, JJ., concur.